IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ONTARIO FONDREN,

                                                          ORDER

              Plaintiff,

                                                    18-cv-205-bbc

      v.

JAY VAN LANEN and SUSAN PETERS,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pro se plaintiff Ontario Fondren, who is incarcerated at the Wisconsin Resource Center, is proceeding on an Eighth Amendment claim that defendants Jay Van Lanen and Susan Peters caused him injury by ignoring a long-standing medical restriction requiring plaintiff to be handcuffed in front. Before the court are defendants' motions to transfer this case to the Eastern District of Wisconsin on the ground that plaintiff's allegations are based on events that took place at the Green Bay Correctional Institution in Green Bay, Wisconsin, which is located in the Eastern District of Wisconsin and thus within the jurisdiction of that district court. Dkt. ##23 and 26.

      Plaintiff has filed a response stating that he does not oppose the transfer. Venue is proper in that district and transfer to that court is appropriate in these circumstances. 28 U.S.C. § 1404(a) (district court may transfer civil action to any other district where it might have been brought); 28 U.S.C. § 1391(b) (venue proper in district where substantial part of

events giving rise to lawsuit occurred).  Accordingly, I am granting defendants' motions and transferring this case to the Eastern District of Wisconsin.

ORDER

IT IS ORDERED that the motions to transfer this case to the Eastern District of Wisconsin filed by defendant Jay Van Lanen, dkt. #26, and defendant Susan Peters, dkt. #23, are GRANTED.  This case is TRANSFERRED to the United States District Court for the Eastern District of Wisconsin.

Entered this 30th day of July, 2018.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge